United States Bankruptcy Court
Central District of California

In re:  
Polny Chiropratic Corporation  
      Debtor

Case No. 16-10751-MW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 1      Date Rcvd: Mar 14, 2016  
                  Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2016.  
db            +Polny Chiropratic Corporation,   20151 SW Birch St Ste 200,   Newport Beach, CA 92660-0776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2016            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2016 at the address(es) listed below:  
         United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov  
         Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,  
         wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com  
         TOTAL: 2

FILED & ENTERED

MAR 14 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Polny Chiropratic Corporation<br><br><br><br><br>Debtor(s). | Case No.: 8:16-bk-10751-MW<br><br>CHAPTER 7<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF COUNSEL**<br><br>Date:    March 28, 2016<br>Time:    2:00 p.m.<br>Courtroom:  6C |

Local Bankruptcy Rule 9011-2(a) provides, *inter alia*, that "a corporation . . . may not file a petition or otherwise appear without counsel in any case or proceeding . . . , except that it may file a proof of claim, file or appear in support of an application for professional compensation, or file a reaffirmation agreement, if signed by an authorized representative of the entity."  Unlike an individual, a corporation cannot remain in a bankruptcy proceeding unless it is represented by an attorney admitted to practice before this Court.

On February 25, 2016, Polny Chiropractic Corporation filed a voluntary petition as a corporation (including limited liability company (LLC) and limited liability partnership (LLP) under Chapter 7 of the Bankruptcy Code, *pro se* without counsel representation, in violation of Local Bankruptcy Rule 9011-2(a).

-1-

Accordingly, the Court hereby issues an order to show cause (the "OSC Hearing") as to why this case should not be dismissed for lack of counsel. The OSC Hearing is set for and shall be held on **March 28, 2016 at 2:00 p.m.** in Courtroom 6C, located at 411 West Fourth Street, Santa Ana, CA 92701. The Court intends to dismiss this case with a 180-day bar to re-filing unless, by the date of the OSC hearing, Debtor is represented by counsel.

Any person or entity that wishes to address this matter or take a position with respect to dismissal of the case must file a brief on or before **March 21, 2016.** Any person or entity wishing to reply to any brief that has been filed must do so on or before **March 25, 2016.**

IT IS SO ORDERED.

###

Date: March 14, 2016

Mark S. Wallace
United States Bankruptcy Judge